

GEORGIA SECRETARY OF STATE
## BRAD RAFFENSPERGER

HOME (/)

# BUSINESS SEARCH

### BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | **SOURCE RECEIVABLES MANAGEMENT, LLC** |
| Control Number: | **08083465** |
| Business Type: | **Foreign Limited Liability Company** |
| Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** |
| Principal Office Address: | **4615 Dundas Drive, Suite 102, Greensboro, NC, 27407, USA** |
| Date of Formation / Registration Date: | **10/31/2008** |
| Jurisdiction: | **North Carolina** |
| Last Annual Registration Year: | **2024** |
| Principal Record Address: | **NONE** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **THE CORPORATION COMPANY** |
| Physical Address: | **410 Peachtree Parkway Suite 4245, Cumming, GA, 30041, USA** |
| County: | **Forsyth** |

Back      Filing History      Name History
Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, G
Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/
© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19

