Source Receivables Management
4615 Dundas Drive, Suite 102
Greensboro, NC 27407
1-877-251-3780
Office Hours:
Monday-Tuesday: 8AM-7PM EST
Wednesday-Friday: 8AM-5PM EST

GEORGE DEAN

GA

06/05/2024
Reference Number

**Source Receivables Management is a debt collector.** We are trying to collect a debt owed to T-MOBILE USA INC. We will use any information you give us to help collect the debt.

### Our information shows:

You had a T-MOBILE USA INC account with account number

| | |
|---|---|
| As of 05/27/22 you owed: | $1,034.65 |
| Between 05/27/22 and today: | |
| You were charged this amount of interest: | + $0.00 |
| You were charged this amount in fees: | + $11.73 |
| You paid or were credited this amount toward the debt: | − $0.00 |
| Total amount of the debt now: | $1,046.38 |

### How can you dispute the debt?

Call or write to us by 07/12/2024, to dispute all or part of the debt. If you do not, we will assume that our information is correct.

If you write to us by 07/12/2024, we must stop collection on any amount you dispute until we send you information that shows you owed the debt. You may use the form below or write to us without the form. You may also include supporting documents.

### What else can you do?

Write to ask for the name and address of the original creditor, if different from the current creditor. If you write by 07/12/2024, we must stop collection until we send you that information. You may use the form below or write to us without the form.

Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law. For instance, you have the right to stop or limit how we contact you.

Contact us about payment options.

**Notice:** See reverse side for important information.

EXHIBIT B