State Disclosures          Logout

# Source Receivable Management, LLC

Home        Payment        Confirmation        Receipt        Contact Us

## Address

**Source RM**
P.O. Box 4068
Greensboro, NC 27404-4068

## Phone

**Tel:** 8662663111
**Fax:** 3362863393

## Web

info@sourcerm.com
www.sourcerm.com


EXHIBIT D