

| | Subscriber Name: ▮ |
|---|---|
| | Subscriber Code/Market: |
| | Results Issued: 7/23/24 17:13 CT |

**TRUVISION CREDIT REPORT**

**INPUT PARAMETERS FOR PRIMARY SUBJECT**
Reference ID:
SSN: ▮
Name: Dean, George
Current Address: ▮ GA

---

**DEAN SR, GEORGE BRADLEY**

Also Known As:  SSN: ▮  Phone:  In File Since: 9/86
Date of Birth: ▮

**Current Address:**  **Previous Address:**
▮  ▮
Reported 7/09  Reported 12/23

**EMPLOYMENT**

▮  Position:  Start:  In File Since: 10/19
  End:  Effective: 10/19

▮  Position:  Start:  In File Since: 9/18
  End:  Effective: 9/18

**ALERTS AND SPECIAL MESSAGES**



**COLLECTIONS**

SOURCE RECVB (Y 2DE4001)  Account #  Account Rating O9B
Original Creditor: T MOBILE USA  Remarks: PLACED FOR  Amount Placed: $1,046  Opened: 5/24
 INC(cableOrCellular)  COLLECTION  Balance: $1,046  Paid:
Account Type: OPEN  Past Due: $1,046  Closed:
Responsibility: I  Last Payment:  Verified: 7/24

  Update Method: automated

Delinquency  Maximum:  Payment Pattern
 Amount:  Start Date:
 Date:

EXHIBIT E